IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MELANIE M. BROWN,

           Plaintiff,

vs.                                             Case No. 21-2122-SAC-TJJ

TITAN PROTECTION & CONSULTING,

           Defendant.

## **O R D E R**

This case is before the court upon the report and recommendation of U.S. Magistrate Judge James. Doc. No. 5. Judge James recommends that the court deny plaintiff's motion to proceed without prepayment of fees and that plaintiff be ordered to prepay the full filing fee within 30 days for this action to proceed.

Pursuant to Fed.R.Civ.P. 72(b)(2), plaintiff has 14 days after being served with the recommendation to file written objections. The docket reflects that a copy of the report and recommendation was mailed to plaintiff on March 19, 2021. No objections have been filed.

The court shall accept the report and recommendation. Plaintiff's motion for leave to proceed without prepayment of fees (Doc. No. 3) shall be denied and plaintiff is hereby ordered to pay the full filing fee within 30 days. If payment is not received within 30 days, the court shall dismiss this action without prejudice.

1

**IT IS SO ORDERED.**

Dated this 12th day of April 2021, at Topeka, Kansas.

                s/Sam A. Crow
                U.S. District Senior Judge