United States District Court
for the
District of Kansas

FILED
JUN 03 2021
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

Melanie M. Brown
(Plaintiff)

v.

Titan Protection & Consulting
(Jamie L. Stevenson)
Defendant

Civil Action No:
21-2122-SAC-TJJ

## Motion for Summary Judgment

Rule 56 of the Federal Rules of Civil Procedure governs summary judgment for federal courts, for plaintiff. There is no genuine dispute as to any material fact and the movant is entitled to judgment by the court, due to the witnesses in this law suit. There is no dispute of the findings of the government agency, underscoring that I was discriminated by there employee Jamie L. Stevenson.

June 3, 2021

Melanie M. Brown
Melanie M. Brown
2201 E. Cedar St.
Olathe KS 66062